IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00340-TPO

CHET MICHAEL WILSON,

    Plaintiff,

v.

FLEET FINANCIAL, INC.,
d/b/a iLending,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 29, 2025.**

    Pursuant to the Election Concerning Consent/Non-Consent form [ECF 13] filed by the Parties expressing non-consent under D.C.COLO.LCivR 40.1(c), the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).