**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**  Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:**  Judge John L. Kane

**DATE:**  May 29, 2025

**RE:**  Civil Action No. **25-cv-00340-JLK**, *Wilson v. Fleet Financial, Inc.*

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.