**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

---

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

        Plaintiff,

v.

FLEET FINANCIAL, INC. d/b/a
iLENDING,

        Defendant.

Civil Action No.: 1:25-cv-00340-RMR

Judge: Regina M. Rodriguez

---

## DEFENDANT FLEET FINANCIAL, INC D/B/A/ ILENDING'S

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fleet Financial, Inc. d/b/a iLending ("iLending") hereby disclose that it is owned by funds advised by J.C. Flowers & Co. LLC ("J.C. Flowers") with First Eagle Acceptance Corp ("First Eagle") having a significant interest in the equity of iLending as well. Neither J.C. Flowers nor First Eagle are a publicly traded company.

iLending is not aware of any publicly traded company or other person that may have an interest in the outcome of this case, or any entity that is likely to actively participate in this matter.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action. And I will immediately notify the Court in writing within fourteen days if I become aware of a potential conflict.

Dated: May 30, 2025                             Respectfully submitted,

- 2 -

*/s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)
dvonderhaar@bakerlaw.com
Christopher K. Riedel (OH 0101707)
criedel@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive
Suite 1200
Columbus, OH  43215-4138
Telephone:     614.228.1541
Facsimile:     614.462.2616

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following email addresses:

Anthony I. Paronich
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)