IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 25-cv-00340-RMR-TPO | Date: July 2, 2025 |
| Courtroom Deputy: Jesse Torres | FTR – Courtroom C402 |

| *Parties:* | *Counsel:* |
|---|---|
| CHET MICHAEL WILSON, | Anthony Paronich (by video teleconference) |
| Plaintiff, | |
| v. | |
| FLEET FINANCIAL, INC., | Douglas Vonderhaar (by telephone) |
| Defendant. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in session: 2:19 p.m.**

Court calls case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **July 18, 2025**
Parties shall designate affirmative experts **on or before November 3, 2025.**
Parties shall designate rebuttal experts **on or before December 3, 2025.**
Discovery Cut-off: **December 19, 2025**
Dispositive Motion Notice Deadline: **December 29, 2025**
Ten days after the close of discovery: A party seeking to file a motion for summary judgment must email Judge Rodriguez's Chambers to inform the Court of their intent to file such motion. If no party seeks to file a summary judgment motion, Counsel shall jointly contact Judge Rodriguez's chambers to obtain dates for trial and a trial preparation conference.

The Parties do not request a status conference, so none is set at this time.

HEARING CONCLUDED.

**Court in recess: 2:38 p.m.**
Total time in court: 00:19

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.