# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Civil Action No.: 1:25-cv-00340-RMR |
| Plaintiff, | Judge: Regina M. Rodriguez |
| v. | Magistrate Judge: Timothy P. O'Hara |
| FLEET FINANCIAL, INC. d/b/a iLENDING, | |
| Defendant. | |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to this Court's Uniform Civil Practice Standards and Rule 26(c), the Parties submit the attached Joint Protective Order to govern discovery in this case. This is a Telephone Consumer Protect Act case, in which Plaintiff has requested Defendant produce call data that includes personal identifying information of individuals. Good cause exists to enter the Joint Protective Order in order to protect the customer information and any other confidential information that may be identified in the course of discovery.

Dated: July 17, 2025

*/s/ Anthony Paronich (per email authorization)*
Anthony Paronich
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)
dvonderhaar@bakerlaw.com
Christopher K. Riedel (OH 0101707)
criedel@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone: 614.228.1541
*Attorneys for Defendant*

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following email addresses:

Anthony I. Paronich
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)

- 2 -