IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00340-RMR-TPO

CHET MICHAEL WILSON,

    Plaintiff,

v.

FLEET FINANCIAL, INC.,
d/b/a iLending,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 18, 2025.**

    For good cause shown, the Parties' Joint Motion for Protective Order [ECF 22] is **granted**. The Court will enter the Parties' proposed Protective Order separately.