**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

---

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

        Plaintiff,

    v.

FLEET FINANCIAL, INC. d/b/a
iLENDING,

        Defendant.

Civil Action No.: 1:25-cv-00340-RMR

Judge: Regina M. Rodriguez

Magistrate Judge: Timothy P. O'Hara

---

## <u>DEFENDANT'S NOTICE OF NONOPPOSITION TO PLAINTIFF'S MOTION TO AMEND (ECF 20)</u>

    Defendant hereby submits this Notice of Nonopposition to Plaintiff's Motion to Amend the Complaint (ECF 20). Defendant merely requests 14 days from the date that the Court accepts the Amended Complaint to respond to the Amended Complaint.

Dated: July 29, 2025

Respectfully submitted,

*/s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)
dvonderhaar@bakerlaw.com
Christopher K. Riedel (OH 0101707)
criedel@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive,Suite 1200
Columbus, OH  43215-4138
Telephone:    614.228.1541
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of

Courts using the CM/ECF system which will send notification of such filing to the following email

addresses:

Anthony I. Paronich
anthony@paronichlaw.com
*Counsel for Plaintiff*

/s/ *Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)