IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00340-RMR-TPO

CHET MICHAEL WILSON,

    Plaintiff,

v.

FLEET FINANCIAL, INC.,
d/b/a iLending,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 30, 2025.**

    For good cause shown and noting that it is unopposed [ECF 26], Plaintiff's Motion to Amend Complaint [ECF 20] is **granted**. *See* Fed. R. Civ. P. 15(a)(2) and D.C.COLO.LCivR 15.1(a) (permitting amendment by consent). "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Maloney v. City of Pueblo*, 323 F.R.D. 358, 360 (D. Colo. 2018) (quoting *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993)). This Court finds none of those countervailing circumstances present here. As for whether the amendments are "futile", that is "more efficiently raised in the context of a Rule 12(b)(6) motion." *Fluker v. Federal Bureau of Prisons*, No. 07-cv-02426-CMA-CBS, 2009 WL 1065986, at *5 (D. Colo. Apr. 21, 2009).

    By **August 8, 2025**, Plaintiff shall file his proposed First Amended Complaint at ECF 20-1, separately onto the case docket sheet.

    Before doing so, however, Plaintiff shall correct the heading for the newly added count from "Count I" to "Count II" to avoid confusion. In addition, Plaintiff shall attach as a separate document a version of the First Amended Complaint that identifies with editor's marks what changes were made in compliance with D.C.COLO.LCivR 15.1(a). Although Defendant does not oppose the amended complaint, providing a version of it in such a format that shows what changes were made will keep the record clear.

    Defendant shall have **fourteen days** after the date when Plaintiff files his First Amended Complaint separately onto the case docket sheet to answer or otherwise respond to it.