# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CASE NO. 1:25-cv-00340-TPO |
| Plaintiff, | : : | |
| v. | : : | |
| FLEET FINANCIAL, INC. d/b/a ILENDING | : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Plaintiff, by Counsel,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

Defendant, by Counsel,

By: */s/ Douglas A. Vonderhaar*
Douglas A. Vonderhaar (OH 0087933)
dvonderhaar@bakerlaw.com
Christopher K. Riedel (OH 0101707)
criedel@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Drive
Suite 1200
Columbus, OH  43215-4138
Telephone:    614.228.1541
Facsimile:    614.462.2616